IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2009 NOV 20 PH 2: 46
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re:                   )    KAY WOODS
                      )    U.S. BANKRUPTCY JUDGE

SHAWN JOSEPH MATRICARDI    )

                      )

        Debtor          )    CH 13 Case No. 04-44919

                      )

                      )    **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1.    Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

                 SHAWN JOSEPH MATRICARDI
                 170 TREMBLE AVENUE
                 CAMPBELL, OH 44405

                                           $5.00

                         **TOTAL:**       **$ 5.00**

2.    A check in the amount of $15.00, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3.    Nothing further remains to be done in this case.

DATED this ___19th___ day of November, 2009.

                       MICHAEL A. GALLO, TRUSTEE
                       20 Federal Plaza West
                       Suite #602
                       Youngstown, OH 44503
                       (330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| SHAWN JOSEPH MATRICARDI | ) | |
| | ) | |
| Debtor | ) | CH 13 Case No. 04-44919 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED

FUNDS was sent this ____19th____ day of November, 2009, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

Trustee:67   TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR:523237

VOUCHER FOR CHECK: 750564
DATED:   2009/10/23

Page  1 OF  1

| NAME OF CREDITOR | CASE | CLM# | CL SE | REF# | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE PRINCIPAL | INTEREST | NEW BALANCE PRINC + INT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0444919 | 926 | 6 | 36 | MATRICARDI, SHAWN JOSEPH | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0445987 | 926 | 6 | 22 | BYRD, JUANITA MARIE | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0446248 | 926 | 6 | 24 | WHITE, JAMES MEDRO | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |

| | #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|---|
| CURRENT CHECK | 3 | 15.00 | 0.00 | 15.00 |